**REDACTED**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  <br> ) <br> Plaintiff,  ) <br> v.  )  Criminal Action No. 06- 28 <br> )  <br> LUKE GATLIN,  ) <br> ) <br> Defendant.  ) | |

## INDICTMENT

The Grand Jury for the District of Delaware charges that:

### Count One

On or about February 9, 2006, in or near Wilmington, in the State and District of Delaware, Luke Gatlin, defendant herein, did knowingly possess in and affecting interstate commerce, a firearm, that is, a F.I.E. Corp. .25 caliber Titan pistol, serial no. 228925, after having been convicted on or about January 5, 1998, of Possession with Intent to Deliver Cocaine, on or about March 9, 1999, of Assault 2nd, and on or about January 24, 2005, of Possession with Intent to Deliver Cocaine, all three convictions being for crimes punishable by imprisonment for a term exceeding one year, and all three convictions being in the Superior Court of the State of Delaware in and for New Castle County, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(e)(1).

A TRUE BILL:

_____
Foreperson

COLM F. CONNOLLY
United States Attorney

By: *Richard G. Andrews*
Richard G. Andrews
First Assistant United States Attorney

Dated: March 28, 2006



FILED

MAR 28 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE