AO 442(Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## DISTRICT OF DELAWARE

**UNITED STATES OF AMERICA**

**v.**

**LUKE GATLIN**

# WARRANT FOR ARREST

**CASE NUMBER: 06-** 24M

CR06-28-KAJ

**To: The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest __LUKE GATLIN_____ when and as stated in the

Criminal Complaint   and bring said Defendant to the nearest magistrate to answer a(n)

__ Indictment  Information  _X_ Complaint  __ Order of court  __ Violation Notice  __ Probation Violation Petition

charging the Defendant with (brief description of offense) **BEING A FELON IN POSSESSION OF A FIREARM**

in violation of Title __18__ United States Code, Section (s) ____922(g)(1)_____

**Honorable Mary Pat Thynge**
Name of Issuing Officer

Signature of Issuing Officer

Bail fixed at $ _____

**United States Magistrate Judge
District of Delaware**
Title of Issuing Officer

**February 7, 2006, at Wilmington, DE**
Date and Location

by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at_____ Luke Gatlin |

| DATE RECEIVED 2/17/06 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 4/27/06 | Toby M. Conrad  DUSM | Ty MM |

AO 442 (Rev. 12/85) Warrant for Arrest



FILED

MAY 3 0 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE