IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 06-28-KAJ |
| ) | |
| LUKE GATLIN, ) | |
| ) | |
| Defendant. ) | |

### ORDER

WHEREAS, Defendant Luke Gatlin has filed a motion to suppress evidence (D.I. 14) and a motion to compel disclosure of the confidential informant (D.I. 13)

IT IS HEREBY ORDERED this 22nd day of June, 2006, that a hearing on Defendant's motion is scheduled for July 12, 2006, at 9:30 a.m., in Courtroom No. 6A on the 6th Floor, J. Caleb Boggs Federal Building, Wilmington.

_____
UNITED STATES DISTRICT JUDGE

Wilmington, Delaware