IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                                              )<br>            Plaintiff,                       )<br>                                                              )<br>    v.                                                 )   Criminal Action No. 06-28-KAJ<br>                                                              )<br>LUKE GATLIN,                              )<br>                                                              )<br>            Defendant.                    ) | |

## O R D E R

At Wilmington, this 12th day of July, 2006,

IT IS HEREBY ORDERED that a conference pursuant to Federal Rule of Criminal Procedure 17.1 will be held on **July 14, 2006 at 2:00 p.m.**, in chambers. Because this conference is intended for scheduling only, the appearance of Defendants is not required by the Court.

_____
UNITED STATES DISTRICT JUDGE