IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
| ) | |
| Plaintiff,    ) | |
| ) | |
| v.    ) | Criminal Action No. 06-28-KAJ |
| ) | |
| LUKE GATLIN,    ) | |
| ) | |
| Defendant.    ) | |

### ORDER

At Wilmington, this 13th day of July, 2006,

For the reasons set forth by the Court following the hearing on July 12, 2006,

IT IS HEREBY ORDERED that defendant's motion to suppress evidence and statements (D.I. 14) is DENIED;

IT IS FURTHER ORDERED that defendant's motion to compel (D.I. 13) is DENIED without prejudice.

_____
UNITED STATES DISTRICT JUDGE