IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 06-28-KAJ |
| ) | |
| LUKE GATLIN, ) | |
| ) | |
| Defendant. ) | |

### ORDER

WHEREAS, trial is currently scheduled to commence on September 6, 2006 at 9:15 a.m. (D.I. 22);

WHEREAS, due to scheduling conflicts, trial must be rescheduled;

NOW THEREFORE, IT IS HEREBY ORDERED that trial will commence on **September 12, 2006 at 9:15 a.m.**, in Courtroom No. 6A on the 6th Floor, J. Caleb Boggs Federal Building, Wilmington, Delaware.

UNITED STATES DISTRICT JUDGE

August 10, 2006
Wilmington, Delaware