# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 06-28-KAJ |
| | ) |
| LUKE GATLIN, | ) |
| | ) |
| Defendant. | ) |

## UNITED STATES' REQUEST FOR SPECIAL VOIR DIRE

COMES NOW the United States of America, by and through its undersigned attorneys, and hereby requests that, in addition to the Court's standard voir dire, the Court submit the following questions to the jury panel in the trial of the above-captioned case:

1. Do you object to a law that prohibits people convicted of crimes punishable by imprisonment for a term exceeding one year from possessing a firearm, even after they have completed their sentence? [*Defendant objects to this question as covered already by standard instruction #12. The government maintains that this question reaches a different point*]

2. Do you have strong views supporting or opposing federal or state gun control laws? Would these views prevent you from being an impartial juror? [*Defendant proposes that this question be asked as a single question: Does any member of the panel have views either supporting or opposing federal or state gun control laws which would prevent them from being an impartial juror?*]

3. Do you have any pending claims against the United States?

4. Have you, or any close relative, ever been investigated by the Bureau of Alcohol, Tobacco & Firearms (ATF) or the Wilmington Police? [*The defense objects to this instruction as not relevant to fitness to serve in this case.*]

5. Have you, or any close relative, ever been under the supervision of the Delaware Office of Probation and Parole? [*The defense objects to this instruction as not relevant to fitness to serve in this case.*]

        COLM F. CONNOLLY
        United States Attorney

By:   /s/
       Richard G. Andrews
       Ilana H. Eisenstein
       Assistant United States Attorneys

Dated: August 22, 2006