# United States District Court

——————————— DISTRICT OF ———————————

USA
V.
LUKE GATLIN

SUBPOENA IN A
CRIMINAL CASE

CASE NUMBER: 06-28

TO: Darlene Gatlin

[X] YOU ARE COMMANDED to appear in the United States District Court at the place, date and time specified below to testify in the above case.

| PLACE | COURTROOM |
|---|---|
| 844 N. King St.<br>Wilmington, DE 19801 | 6A |
| | DATE AND TIME |
| | 9/12/2006   2:00 p.m. |

[ ] YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT<br>**PETER T. DALLEO** | DATE<br>8/25/06 |
|---|---|
| (BY) DEPUTY CLERK<br>*Evette Watson* (signature) | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER
Robert D. Goldberg (#631)
Biggs and Battaglia
921 N. Orange St.
Wilmington, DE 19801    (302) 655-9677

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| RECEIVED BY SERVER | 8/25/06 | Offices of Briggs Battaglia - Wilmington DE |
| SERVED | 8/25/06 | Briggs & Battaglia 921 N. Orange St. Wilm., DE 19801 |

SERVED ON (PRINT NAME): DARLENE GATLIN

FEES AND MILEAGE TENDERED TO WITNESS
☐ YES  ☐ NO  AMOUNT $ _____

SERVED BY (PRINT NAME): Robert E. Carey

TITLE: Paralegal of Briggs & Battaglia

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on  8/25/06
              Date        Signature of Server

25 Lake forest Dr. Elkton MD
Address of Server           21921

**ADDITIONAL INFORMATION**