AO 89 (Rev. 11/91) Subpoena in a Criminal Case

# United States District Court

DISTRICT OF DELAWARE

USA

V.

LUKE GATLIN

**SUBPOENA IN A CRIMINAL CASE**

CASE NUMBER: 06-28

TO: Tierra Morris

[X] YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE | COURTROOM |
|---|---|
| 844 N. King Street<br>Wilmington, DE 19801 | 6A |
| | **DATE AND TIME**<br>9/12/2006  2:00 p.m. |

[ ] YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

---

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

PETER T. DALLEO

(By) Deputy Clerk

DATE: 8/25/06

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER: Robert D. Goldberg, Esq. (#631)
Biggs and Battaglia
921 N. Orange St.
Wilmington, DE 19801    (302) 655-9677

## PROOF OF SERVICE

| | DATE | PLACE | |
|---|---|---|---|
| RECEIVED BY SERVER | 8/25/06 | Offices of Biggs & Battaglia Wilmington DE | |
| SERVED | DATE 8/25/06 | PLACE Biggs & Battaglia 921 N. Orange St. Wilm., DE 19801 | |

**SERVED ON (PRINT NAME)**: Tierra Morris

**FEES AND MILEAGE TENDERED TO WITNESS**: ☐ YES  ☐ NO  AMOUNT $_____

**SERVED BY (PRINT NAME)**: Robert E. Carey

**TITLE**: Paralegal at Biggs & Battaglia

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on  8/25/06
            Date

Signature of Server

Address of Server: 25 Lake Forest Dr. Elkton, MD 21921

**ADDITIONAL INFORMATION**