IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **REDACTED** |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 06-28-KAJ |
| ) | |
| LUKE GATLIN, ) | |
| ) | |
| Defendant. ) | |

VERDICT FORM

As to Count I, the sole count of the Indictment, we the jury find the defendant:

 ✓ Guilty _____ Not Guilty.

DATE: __9·13__, 2006
Wilmington, Delaware

2006 SEP 13 PM 4:49
FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE