IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 06-28-KAJ |
| ) | |
| LUKE GATLIN, ) | |
| ) | |
| Defendant. ) | |

### ORDER

WHEREAS the defendant, following his conviction in this matter, sent a letter to one of the members of the jury panel in the case, and

WHEREAS such communications threaten the integrity of the administration of justice through trial by jury,

IT IS HEREBY ORDERED that the United States Marshal for the District of Delaware or those acting under his direction shall undertake an appropriate search of the defendant's prison cell and belongings to insure that any juror identifying information from the trial of this matter has been seized and returned to the court.

_____
UNITED STATES DISTRICT JUDGE

September 26, 2006
Wilmington, Delaware