IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) Criminal Action No. 06-28-KAJ |
| LUKE GATLIN, | ) ) ) |
| Defendant. | ) ) |

### ORDER

At Wilmington, this 27th day of September, 2006,

IT IS HEREBY ORDERED that Defendant shall appear before the court on **October 3, 2006, at 12:35 p.m.**, in Courtroom No. 6A on the 6th Floor, J. Caleb Boggs Federal Building, Wilmington.

_____
UNITED STATES DISTRICT JUDGE