IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Cr. A. No. 06-28 |
| | ) | |
| v. | ) | |
| | ) | |
| LUKE GATLIN, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

Defendant's sentencing date of December 15, 2006 is hereby vacated and the sentencing of Defendant is hereby continued until further order of the Court.

IT IS SO ORDERED.

_____