IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Criminal Action No. 06-28-KAJ |
| ) | |
| LUKE GATLIN,   ) | |
| ) | |
| Defendant.   ) | |

## NOTICE OF WITHDRAWAL OF COUNSEL

Please withdraw the appearance of Assistant United States Attorney Richard G. Andrews as one of the attorneys of record on behalf of the United States of America.

> COLM F. CONNOLLY
> United States Attorney
>
> By: /s/Ilana H. Eisenstein
>    Ilana H. Eisenstein
>    Assistant United States Attorney

Dated: February 28, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                        )   Criminal Action No. 06-28-KAJ<br>)<br>LUKE GATLIN,                                  )<br>)<br>Defendant.                                   ) | |

## CERTIFICATE OF SERVICE

I, Jennifer Brown, an employee in the Office of the United States Attorney, hereby certify under penalty of perjury that on February 28, 2007, I electronically filed:

## NOTICE OF WITHDRAWAL OF COUNSEL

with the Clerk of Court using CM/ECF. Said document is available for viewing and downloading from CM/ECF, which will send notification of such filing(s) to the following:

Robert D. Goldberg, Esquire
Biggs and Battaglia
921 N. Orange Street
Wilmington, DE 19899

/s/Jennifer Brown
Jennifer Brown