IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Criminal Action No. 06-28-KAJ |
| LUKE GATLIN, | ) |
| Defendant. | ) |

### ORDER

At Wilmington this **16th** day of **March, 2007**,

IT IS ORDERED that a teleconference has been scheduled for **March 20, 2007 at 11:00 a.m.** with the undersigned. **Counsel for Plaintiff shall initiate the teleconference call.**

If there are out-of-state counsel working on this case, local counsel are reminded of their obligation to inform their out-of-state co-counsel of this Order.

_____
CIRCUIT COURT JUDGE
sitting by designation