IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Criminal Action No. 06-28-KAJ |
| LUKE GATLIN, | ) ) ) |
| Defendant. | ) |

## ORDER

WHEREAS, the Jury for the above captioned case entered a verdict of guilty to Count I of charges against Defendant, Luke Gatlin, in this court,

IT IS HEREBY ORDERED that:

1. The sentencing of defendant, Luke Gatlin, is scheduled for **June 5, 2006, at 4:30 p.m.** in courtroom No. 6A, on the sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

2. Any objections to the presentence report and any factors under 18 U.S.C. § 3553(a) that counsel plans to raise at sentencing must be communicated in writing to the Probation Office and opposing counsel no later than 14 days from receipt of the presentence report. Such objections and § 3553(a) factors should **not** be filed with the court.[1]

---

[1] All filings and correspondence presented to the court will be docketed and available electronically, unless filed under seal. The court will not review correspondence and filings for redaction. Therefore, it is the sole responsibility of counsel and the parties to be certain that all documents comply with the rules of this court and the Judicial Conference requiring redaction of personal data identifiers and sensitive information.

3.  Counsel shall notify the court promptly if an evidentiary hearing on disputed sentencing issues is required.

_____
UNITED STATES CIRCUIT JUDGE
sitting by designation

March 20, 2007
Wilmington, Delaware