IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 06-28-KAJ |
| | ) | |
| LUKE GATLIN, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

At Wilmington this **30th** day of **March, 2007**,

IT IS ORDERED that the sentencing hearing presently set for **June 5, 2007 at 4:30 p.m.** is hereby rescheduled to **June 8, 2007 at 4:30 p.m.** in Courtroom 6A, 6th Floor, J. Caleb Boggs Federal Building, Wilmington, Delaware.

_____
UNITED STATES CIRCUIT JUDGE
sitting by designation

March 30, 2007
Wilmington, Delaware