IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Criminal Action No. 06-28-KAJ |
| LUKE GATLIN, ) | |
| Defendant. ) | |

## ORDER

At Wilmington this **1st** day of **June, 2007**,

IT IS ORDERED that a teleconference has been scheduled for **June 5, 2007 at 2:00 p.m.** with the undersigned. **Counsel for Plaintiff shall initiate the teleconference call.**

If there are out-of-state counsel working on this case, local counsel are reminded of their obligation to inform their out-of-state co-counsel of this Order.

_____
CIRCUIT COURT JUDGE
sitting by designation