IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 06-28-KAJ |
| | ) | |
| LUKE GATLIN, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

At Wilmington this **15th** day of **October, 2007,**

IT IS ORDERED that a teleconference has been scheduled for **October 17, 2007 at 11:30 a.m.** with the undersigned. **Counsel for Plaintiff shall initiate the teleconference call.**

If there are out-of-state counsel working on this case, local counsel are reminded of their obligation to inform their out-of-state co-counsel of this Order.

_____
CIRCUIT COURT JUDGE
sitting by designation